CLOSED,PATENT/TRADEMARK,PMA

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:16−cv−00451−XR

Polaris Innovations Limited v. Dell Inc.  
Assigned to: Judge Xavier Rodriguez  
Cause: 35:271 Patent Infringement

Date Filed: 05/16/2016  
Date Terminated: 12/05/2016  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Polaris Innovations Limited**  
*an Irish limited company*

represented by **Alex H. Chan**  
Tensegrity Law Group LLP  
555 Twin Dolphin Dr., Ste 650  
Redwood Shores, CA 94065  
(650) 802−6000  
Fax: (650) 802−6001  
Email: alex.chan@tensegritylawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jonathan G. Tamimi**  
Tensegrity Law Group LLP  
555 Twin Dolphin Dr., Ste 650  
Redwood Shores, CA 94065  
(650) 802−6000  
Fax: (650) 802−6001  
Email: jonathan.tamimi@tensegritylawgroup.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Matthew D. Powers**  
Tensegrity Law Group, LLP  
555 Twin Dolphin Drive, Suite 650  
Redwood Shores, CA 94065  
(650) 802−6000  
Fax: (650) 802−6001  
Email: matthew.powers@tensegritylawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paul T. Ehrlich**  
Tensegrity Law Group, LLP  
555 Twin Dolphin Drive, Suite 650  
Redwood Shores, CA 94065  
(650) 802−6030  
Fax: (650)802−6001  
Email: paul.ehrlich@tensegritylawgroup.com  
*ATTORNEY TO BE NOTICED*

**Stefani C. Smith**
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
(650)802−6050
Fax: (650)802−6001
Email: stefani.smith@tensegritylawgroup.com
*ATTORNEY TO BE NOTICED*

**Henry B. Gonzalez , III**
Gonzalez, Chiscano, Angulo & Kasson, P.C.
9601 McAllister Freeway
Suite 401
San Antonio, TX 78216
(210) 569−8500/ 862−8712
Fax: (210) 569−8490
Email: hbg@gcaklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dell Inc.**
*a Delaware corporation*

represented by **Brady Randall Cox**
Alston & Bird, LLP – Dallas
2828 North Harwood Street
Suite 1800
Dallas, TX 75201
214−922−3443
Fax: 214−922−3843
Email: brady.cox@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brianna Ford**
Alston & Bird LLP
1950 University Ave., 5th Floor
East Palo Alto, CA 94303−2282
650−838−2000
Fax: 650−838−2001
Email: brianna.kadjo@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
Alston & Bird LLP
2828 N. Harwood St., Suite 1800
Dallas, TX 75201
214−922−3423
Fax: 214−922−3863
Email: mike.newton@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                 **Michael Dennis Marin**
Boulette Golden & Marin LLP
2801 Via Fortuna
Suite 530
Austin, TX 78746
(512) 732−8924
Fax: (512) 732−8905
Email: mmarin@boulettegolden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NVIDIA Corporation**                    represented by  **Aamir Kazi**
*a Delaware corporation*                                  Fish & Richardson, P.C.
1180 Peachtree St. N.E., 21st Floor
Atlanta, GA 30309
404−892−5005
Fax: 404−892−5002
Email: kazi@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Goldberg**
Fish & Richardson
500 Arguello St., Suite 500
Redwood City, CA 94063
650−839−5070
Fax: 650−839−5071
Email: goldberg@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan K. Basso**
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
650−839−5070
Fax: 650−839−5071
Email: basso@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Hoffman**
Fish & Richardson P.C.
111 Congress Avenue
Suite 810
Austin, TX 78701
(512) 226−8154
Fax: (512) 320−8935
Email: dhoffman@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
| | **George H. Spencer , Jr.**<br>Clemens & Spencer<br>112 E Pecan St.<br>Suite 1300<br>San Antonio, TX 78205–1531<br>(210) 227–7121<br>Fax: 210/227–0732<br>Email: spencer@clemens−spencer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Katherine Kelly Vidal**<br>Fish and Richardson, PC<br>500 Arguello St., Suite 500<br>Redwood City, CA 94063–1526<br>(650)–839–5070<br>Fax: 650/839–5071<br>Email: lutton@fr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Ruffin B. Cordell**<br>Fish & Richardson P.C.<br>1425 K St., N.W. – 11th Floor<br>Washington, DC 20005<br>202–783–5070<br>Fax: 202–783–2331<br>Email: cordell@fr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Plaintiff**

| | | |
|---|---|---|
| **NVIDIA Corporation**<br>*a Delaware corporation* | represented by | **Aamir Kazi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew Goldberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bryan K. Basso**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David M. Hoffman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **George H. Spencer , Jr.**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Kelly Vidal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruffin B. Cordell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Polaris Innovations Limited**                   represented by   **Alex H. Chan**
*an Irish limited company*                                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan G. Tamimi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Powers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Ehrlich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stefani C. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Henry B. Gonzalez , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Dell Inc.**                                      represented by   **Brady Randall Cox**
*a Delaware corporation*                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brianna Ford**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Dennis Marin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Polaris Innovations Limited**<br>*an Irish limited company* | represented by | **Alex H. Chan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan G. Tamimi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Powers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Ehrlich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stefani C. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Henry B. Gonzalez , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

| | | |
|---|---|---|
| **Dell Inc.**<br>*a Delaware corporation* | represented by | **Brady Randall Cox**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Brianna Ford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|   |   | **Michael J Newton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Michael Dennis Marin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

|   |   |   |
|---|---|---|
| **Polaris Innovations Limited**<br>*an Irish limited company* | represented by | **Alex H. Chan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Jonathan G. Tamimi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Matthew D. Powers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Paul T. Ehrlich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Stefani C. Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Henry B. Gonzalez , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2016 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542–8482346). No Summons requested at this time, filed by Polaris Innovations Limited, an Irish limited company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Civil Cover Sheet)(Gonzalez, Henry) Modified on 5/16/2016, to remove filer (rf). (Entered: 05/16/2016) |
| 05/16/2016 | Ï 2 | RULE 7 DISCLOSURE STATEMENT filed by Polaris Innovations Limited, an Irish limited company. (Gonzalez, Henry) (Entered: 05/16/2016) |
| 05/16/2016 | Ï | Case Assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rf) (Entered: |

| | | |
|---|---|---|
| | | 05/16/2016) |
| 05/16/2016 | Ï | If ordered by the court, all referrals will be assigned to Magistrate Judge Mathy (rf) (Entered: 05/16/2016) |
| 05/17/2016 | Ï 3 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office. (mgr) (Main Document 3 replaced on 5/17/2016) (mgr). (Entered: 05/17/2016) |
| 05/17/2016 | Ï 4 | Letter to Attorneys Paul T. Ehrlich and Stefani C. Smith regarding attorney admission. (mgr) (Entered: 05/17/2016) |
| 05/17/2016 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS by Polaris Innovations Limited. (Powers, Matthew) (Entered: 05/17/2016) |
| 05/17/2016 | Ï 6 | Summons Issued as to Dell Inc., NVIDIA Corporation. (rf) (Entered: 05/17/2016) |
| 07/28/2016 | Ï 7 | SUMMONS Returned Executed by Polaris Innovations Limited. All Defendants. (Powers, Matthew) (Entered: 07/28/2016) |
| 08/09/2016 | Ï 8 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 08/09/2016) |
| 08/10/2016 | Ï | Text Order GRANTING 8 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Nvidia's deadline to answer or otherwise respond to the Complaint is September 14, 2016. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/10/2016) |
| 08/10/2016 | Ï | Reset Deadlines: NVIDIA Corporation answer due 9/14/2016. (rf) (Entered: 08/10/2016) |
| 08/10/2016 | Ï 9 | NOTICE of Attorney Appearance by Stefani C. Smith on behalf of Polaris Innovations Limited. Attorney Stefani C. Smith added to party Polaris Innovations Limited(pty:pla) (Smith, Stefani) (Entered: 08/10/2016) |
| 08/10/2016 | Ï 10 | NOTICE of Attorney Appearance by Paul T. Ehrlich on behalf of Polaris Innovations Limited. Attorney Paul T. Ehrlich added to party Polaris Innovations Limited(pty:pla) (Ehrlich, Paul) (Entered: 08/10/2016) |
| 08/12/2016 | Ï 11 | Unopposed MOTION for Extension of Time to File Answer by Dell Inc.. (Attachments: # 1 Proposed Order)(Cox, Brady) (Entered: 08/12/2016) |
| 08/12/2016 | Ï 12 | MOTION to Appear Pro Hac Vice by David M. Hoffman *for Aamir Kazi* ( Filing fee $ 100 receipt number 0542−8752868) by on behalf of NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 08/12/2016) |
| 08/12/2016 | Ï 13 | MOTION to Appear Pro Hac Vice by David M. Hoffman *for Andrew Goldberg* ( Filing fee $ 100 receipt number 0542−8753085) by on behalf of NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 08/12/2016) |
| 08/15/2016 | Ï | Text Order GRANTING 11 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Dell Inc.'s deadline to answer or otherwise respond to the Complaint is September 14, 2016. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/15/2016) |
| 08/15/2016 | Ï | Text Order GRANTING 12 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/15/2016) |

| | | |
|---|---|---|
| 08/15/2016 | Ï | Text Order GRANTING 13 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/15/2016) |
| 08/15/2016 | Ï | Set/Reset Deadlines: Dell Inc. answer due 9/14/2016. (aej) (Entered: 08/15/2016) |
| 08/15/2016 | i 14 | MOTION to Appear Pro Hac Vice by David M. Hoffman *for Katherine Vidal* ( Filing fee $ 100 receipt number 0542−8755450) by on behalf of NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 08/15/2016) |
| 08/16/2016 | Ï | Text Order GRANTING 14 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/16/2016) |
| 08/18/2016 | i 15 | MOTION to Appear Pro Hac Vice by David M. Hoffman *for Bryan Basso* ( Filing fee $ 100 receipt number 0542−8769417) by on behalf of NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 08/18/2016) |
| 08/18/2016 | i 16 | MOTION to Appear Pro Hac Vice by David M. Hoffman *for Ruffin Cordell* ( Filing fee $ 100 receipt number 0542−8770581) by on behalf of NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 08/18/2016) |
| 08/18/2016 | i 17 | MOTION of Brianna Ford to Appear Pro Hac Vice by Dell Inc.. (rf) (Entered: 08/22/2016) |
| 08/19/2016 | Ï | Text Order GRANTING 15 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/19/2016) |
| 08/19/2016 | Ï | Text Order GRANTING 16 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/19/2016) |
| 08/22/2016 | Ï | Text Order GRANTING 17 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mr) (Entered: 08/22/2016) |
| 08/22/2016 | i 18 | Pro Hac Vice Fee Paid by Brianna Ford; Filing fee $ 100, receipt number 500035851. (rf) (Entered: 08/22/2016) |
| 09/14/2016 | i 19 | *NVIDIA Corporation's* ANSWER to 1 Complaint, with Jury Demand , COUNTERCLAIM against Polaris Innovations Limited by NVIDIA Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Hoffman, David) (Entered: 09/14/2016) |
| 09/14/2016 | i 20 | NOTICE *Rule 7.1 Disclosure Statement* by NVIDIA Corporation (Hoffman, David) (Entered: 09/14/2016) |
| 09/14/2016 | i 21 | |

| | | |
|---|---|---|
| | | ANSWER to 1 Complaint, with Jury Demand *and*, COUNTERCLAIM against Polaris Innovations Limited by Dell Inc..(Newton, Michael) (Entered: 09/14/2016) |
| 09/14/2016 | ï 22 | RULE 7 DISCLOSURE STATEMENT filed by Dell Inc.. (Newton, Michael) (Entered: 09/14/2016) |
| 09/15/2016 | ï 23 | ORDER AND ADVISORY for Scheduling Recommendations/Proposed Scheduling Order. Plaintiff shall submit scheduling recommendations/proposed scheduling order to the Court. (Scheduling Recommendations/Proposed Scheduling Order due by 10−17−16); Notice of right to consent to disposition of a civil case by a U.S. Magistrate Judge. Signed by Judge Xavier Rodriguez. (jhw) (Entered: 09/15/2016) |
| 09/15/2016 | ï 24 | Letter directed to Brianna Kadjo regarding admittance to the bar. (rf) (Entered: 09/15/2016) |
| 09/15/2016 | Ï | Notice of Correction: ***NOTIFIED COUNSEL TO PLEASE DISREGARD THIS LETTER AS IT WAS ISSUED IN ERROR***re 24 Letter. (rf) (Entered: 09/15/2016) |
| 09/16/2016 | Ï | Set Deadlines: Scheduling Recommendations/Proposed Scheduling Order due by 10/17/2016, (rf) (Entered: 09/16/2016) |
| 09/21/2016 | ï 25 | Opposed MOTION to Transfer Case by Dell Inc., NVIDIA Corporation. (Attachments: # 1 Guerra Declaration, # 2 Hoffman Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Proposed Order)(Hoffman, David) (Additional attachment(s) added on 9/23/2016: # 16 SEALED exhibit (rf). (Entered: 09/21/2016) |
| 09/21/2016 | ï 26 | Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Sealed Document) (Hoffman, David) (Entered: 09/21/2016) |
| 09/22/2016 | Ï | Text Order GRANTING 26 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 09/22/2016) |
| 09/30/2016 | ï 27 | Unopposed MOTION for Extension of Time to File Response/Reply as to 25 Opposed MOTION to Transfer Case by Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Proposed Order)(Smith, Stefani) (Entered: 09/30/2016) |
| 10/03/2016 | Ï | Text Order GRANTING 27 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Plaintiff to file its response to 25 Defendants' Motion to Transfer is October 3. (This is a text−only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 10/03/2016) |
| 10/03/2016 | ï 28 | Response in Opposition to Motion, filed by Polaris Innovations Limited(an Irish limited company), re 25 Opposed MOTION to Transfer Case filed by NVIDIA Corporation, Dell Inc. (Attachments: # 1 Declaration of Michael Vladescu, # 2 Declaration of Stefani Smith, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M)(Smith, Stefani) (Entered: 10/03/2016) |
| 10/05/2016 | ï 29 | NOTICE of Attorney Appearance by George H. Spencer, Jr on behalf of NVIDIA Corporation. Attorney George H. Spencer, Jr added to party NVIDIA Corporation(pty:cc), Attorney George H. Spencer, Jr added to party NVIDIA Corporation(pty:dft) (Spencer, George) (Entered: 10/05/2016) |
| 10/07/2016 | ï 30 | Joint MOTION for Extension of Time to File Answer 19 *nVidia's Counterclaims* and 21 *Dell's Counterclaims* by Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Proposed Order)(Smith, Stefani) (Entered: 10/07/2016) |
| 10/07/2016 | Ï | |

| | | |
|---|---|---|
| | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for Plaintiff to answer or otherwise respond to Defendant's counterclaims is October 18, 2016. (This is a text–only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 10/07/2016) |
| 10/07/2016 | 31 | Unopposed MOTION for Extension of Time to File Response/Reply by Dell Inc., NVIDIA Corporation. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 10/07/2016) |
| 10/07/2016 | Ï | Text Order GRANTING 31 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendants to file a Reply in Support of Their Motion to Transfer Venue is October 14, 2016. (This is a text–only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 10/07/2016) |
| 10/13/2016 | 32 | NON–CONSENT to Trial by US Magistrate Judge by NVIDIA Corporation. (Hoffman, David) (Entered: 10/13/2016) |
| 10/14/2016 | 33 | ***DOCUMENT IS DEFICIENT – CERTIFICATE OF SERVICE NOT SIGNED***REPLY to Response to Motion, filed by Dell Inc., NVIDIA Corporation, re 25 Opposed MOTION to Transfer Case filed by NVIDIA Corporation, Dell Inc. (Attachments: # 1 Guerra Supplemental Declaration, # 2 Hoffman Supplemental Declaration, # 3 Exhibit A)(Hoffman, David) Modified on 10/17/2016, to designate deficiency (rf). (Entered: 10/14/2016) |
| 10/17/2016 | Ï | DEFICIENCY NOTICE: ****NOTIFIED COUNSEL THAT DOCUMENT IS DEFICIENT – THE CERTIFICATE OF SERVICE IS NOT SIGNED. PLEASE FILE A CORRECTED CERTIFICATE OF SERVICE. IT IS NOT NECESSARY TO REFILE THE ENTIRE DOCUMENT**** re 33 Reply to Response to Motion,. (rf) (Entered: 10/17/2016) |
| 10/17/2016 | 34 | CERTIFICATE OF SERVICE by NVIDIA Corporation 33 Reply to Response to Motion, (Hoffman, David) (Entered: 10/17/2016) |
| 10/17/2016 | 35 | NON–CONSENT to Trial by US Magistrate Judge by Polaris Innovations Limited(an Irish limited company). (Smith, Stefani) (Entered: 10/17/2016) |
| 10/17/2016 | 36 | NON–CONSENT to Trial by US Magistrate Judge by Dell Inc.. (Newton, Michael) (Entered: 10/17/2016) |
| 10/17/2016 | 37 | NOTICE *Joint Rule 26 Report* by Dell Inc., NVIDIA Corporation, Polaris Innovations Limited(an Irish limited company) (Smith, Stefani) Modified on 10/18/2016, to add filers (rf). (Entered: 10/17/2016) |
| 10/17/2016 | 38 | Scheduling Recommendations/Proposed Scheduling Order by Dell Inc., NVIDIA Corporation, Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Smith, Stefani) Modified on 10/18/2016, to add filers (rf). (Entered: 10/17/2016) |
| 10/18/2016 | Ï | Notice of Correction: ***NOTIIED COUNSEL THAT THIS ENTRY HAS BEEN EDITED TO REFLECT ALL PARTIES ARE FILERS OF THIS DOCUMENT****re 37 Notice (rf) (Entered: 10/18/2016) |
| 10/18/2016 | Ï | Notice of Correction: ***NOTIFIED COUNSEL THAT THIS ENTRY HAS BEEN EDITED TO REFLECT THAT ALL PARTIES ARE FILERS OF THIS DOCUMENT**** re 38 Scheduling Recommendations/Proposed Scheduling Order,. (rf) (Entered: 10/18/2016) |
| 10/18/2016 | 39 | SCHEDULING ORDER: Pretrial Conference set for 5–24–18 at 9:30 AM before Judge Xavier Rodriguez; Trial set for 6–4–18 at 9:30 AM before Judge Xavier Rodriguez; ADR Report due 10–4–17; Discovery due 1–12–18; Dispositive Motions deadline 2–7–18. Signed by Judge Xavier Rodriguez. (jhw) (Entered: 10/18/2016) |
| 10/18/2016 | 40 | |

| | | |
|---|---|---|
| | | ORDER (Setting Status Conference and Hearing on all Pending Motions for 11–10–16 at 10:00 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (jhw) (Entered: 10/18/2016) |
| 10/18/2016 | 41 | Motion to Dismiss for Failure to State a Claim *Certain of Dell's and NVIDIA's Counterclaims* by Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Declaration of Stefani Smith, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Smith, Stefani) (Entered: 10/18/2016) |
| 10/18/2016 | 42 | *Polaris's Answer and Defenses to NVIDIA's Counterclaims* ANSWER to 19 Answer to Complaint, Counterclaim,, by Polaris Innovations Limited(an Irish limited company).(Smith, Stefani) (Entered: 10/18/2016) |
| 10/18/2016 | 43 | *Polaris's Answer and Defenses to Dell's Counterclaims* ANSWER to 21 Answer to Complaint, Counterclaim by Polaris Innovations Limited(an Irish limited company).(Smith, Stefani) (Entered: 10/18/2016) |
| 10/18/2016 | 44 | *Dell Inc.'s First Amended* ANSWER to 1 Complaint, with Jury Demand *and*, COUNTERCLAIM against Polaris Innovations Limited by Dell Inc..(Newton, Michael) (Entered: 10/18/2016) |
| 10/18/2016 | Ï | Set Deadlines/Hearings: Status Conference & Hearing on Pending Motions is set for 11/10/2016 10:00 AM before Judge Xavier Rodriguez. (rg) (Entered: 10/20/2016) |
| 10/20/2016 | 45 | MOTION to Appear Pro Hac Vice by Stefani C. Smith *for Jonathan Tamimi* ( Filing fee $ 100 receipt number 0542–8964873) by on behalf of Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Proposed Order)(Smith, Stefani) (Entered: 10/20/2016) |
| 10/20/2016 | 46 | MOTION to Appear Pro Hac Vice by Stefani C. Smith *for Alex Chan* ( Filing fee $ 100 receipt number 0542–8964907) by on behalf of Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Proposed Order)(Smith, Stefani) (Entered: 10/20/2016) |
| 10/21/2016 | Ï | Text Order GRANTING 45 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 10/21/2016) |
| 10/21/2016 | Ï | Text Order GRANTING 46 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 10/21/2016) |
| 11/01/2016 | 47 | Response in Opposition to Motion, filed by Dell Inc.(a Delaware corporation), NVIDIA Corporation, re 41 Motion to Dismiss for Failure to State a Claim *Certain of Dell's and NVIDIA's Counterclaims* filed by Polaris Innovations Limited (Attachments: # 1 Hoffman Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Hoffman, David) (Entered: 11/01/2016) |
| 11/02/2016 | 48 | Unopposed MOTION for Extension of Time to File Answer *to 44 Dell's First Amended Answer and Defenses* by Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Proposed Order)(Chan, Alex) (Entered: 11/02/2016) |
| 11/03/2016 | Ï | Text Order GRANTING 48 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for Plaintiff's answer to the counterclaims contained in 44 Defendant Dell's First Amended Answer and Defenses will be 14 days from when this Court rules on 41 Plaintiff's Motion to Dismiss. (This is a text−only entry generated by the court. There is no document associated with this entry.) (pp) (Entered: 11/03/2016) |

| | | |
|---|---|---|
| 11/08/2016 | 49 | NOTICE of Attorney Appearance by Michael Dennis Marin on behalf of Dell Inc.(a Delaware corporation). Attorney Michael Dennis Marin added to party Dell Inc.(pty:cc), Attorney Michael Dennis Marin added to party Dell Inc.(pty:dft), Attorney Michael Dennis Marin added to party Dell Inc.(pty:cc) (Marin, Michael) (Entered: 11/08/2016) |
| 11/08/2016 | 50 | REPLY to Response to Motion, filed by Polaris Innovations Limited(an Irish limited company), re 41 Motion to Dismiss for Failure to State a Claim *Certain of Dell's and NVIDIA's Counterclaims* filed by Polaris Innovations Limited (Attachments: # 1 Declaration of Alex H. Chan, # 2 Exhibit D)(Chan, Alex) (Entered: 11/08/2016) |
| 11/10/2016 | 51 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/10/2016 (Minute entry documents are not available electronically.). (Court Reporter Karl Myers.)(rf) (Entered: 11/10/2016) |
| 11/10/2016 | | Motions Taken Under Advisement: 25 Opposed MOTION to Transfer Case (rf) (Entered: 11/10/2016) |
| 11/22/2016 | 52 | PROPOSED Protective Order by Polaris Innovations Limited(an Irish limited company). (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Smith, Stefani) Modified on 11/23/2016, to edit text (rf). (Entered: 11/22/2016) |
| 11/23/2016 | | Notice of Correction: ***NOTIFIED COUNSEL THAT THIS ENTRY WAS EDITED TO REFLECT IT IS A PROPOSED ORDER NOT A MOTION AS FILED***re 52 PROPOSED Protective Order (rf) (Entered: 11/23/2016) |
| 12/05/2016 | 53 | ORDER GRANTING 25 Motion to Transfer Case. It is hereby ORDERED that this action be TRANSFERRED to the United States District Court for the Northern District of California. Signed by Judge Xavier Rodriguez. (rf) (Entered: 12/05/2016) |