Susan Y. Soong                                                    General Court Number
Clerk of Court                                                          510-637-3530

December 9, 2016

CASE TITLE: Polaris Innovations Limited v. Dell Inc.

CASE NUMBER:  4:16-cv-07005-PJH

RECEIVED FROM:  District of Texas - Western; Case Number 5:16-cv-00451

TO COUNSEL OF RECORD:

     The above entitled action has been transferred to this District.  All future filings should reflect the above case number, 4:16-cv-07005-PJH.

Sincerely,

Susan Y. Soong, Clerk

_____

by:  Valerie Kyono
Case Systems Administrator
510-637-3537