UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** 2/15/18  (Time: 2:02-2:12 minutes)      **JUDGE:**  Phyllis J. Hamilton

**Case No:** 4:16-cv-07005-PJH
**Case Name:**  Polaris Innovations Limited v. Dell Inc., et al

**Attorney(s) for Plaintiff:**       Stefani Smith and Paul Ehrlich
**Attorney(s) for Defendant Dell:**  Briana Ford
**Attorney(s) for Defendant NVIDIA:**  David Hoffman

**Deputy Clerk:**  Ivy L. Garcia     **Court Reporter/FTR:** Not Reported or Recorded

PROCEEDINGS

Further Case Management Conference-Held.

Defendants' request to extend the stay of this action pending resolution of *inter partes review* ("IPR") of five of the six patents-in-suit is GRANTED.

Notes:  Parties shall e-file a joint status update to the court on the pending "IPR" proceedings sometime in June, 2018.  Court shall set a further case management conference sometime in late December, 2018.


cc: Kelly/PJH Chambers