Michael J. Newton (CA Bar 156225)
Brady Cox *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: 214-922-3400
Fax: 214-922-3899
*mike.newton@alston.com*
*brady.cox@alston.com*

Brianna Kadjo (CA Bar 303336)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Phone: 650-838-2000
Fax: 650-838-2001
*brianna.kadjo@alston.com*

*Counsel for Defendant Dell Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **POLARIS INNOVATIONS LIMITED,** **An Irish limited company**<br><br>Plaintiff,<br><br>vs.<br><br>**DELL INC., a Delaware corporation** **NVIDIA CORPORATION, a Delaware corporation**<br><br>Defendants. | Case No. 4:16-cv-07005-PJH<br><br><br><br>**DELL INC.'S FIRST AMENDED RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dell Inc. discloses that its parent company is Denali Intermediate Inc., which is wholly owned by Dell Technologies, Inc., a publicly traded company.

Respectfully submitted by:

Date: January 22, 2019

**ALSTON & BIRD LLP**

*/s/  Michael J. Newton*
Michael J. Newton (CA Bar 156225)
Brady Cox *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201-2708
Phone: 214-922-3400
Fax: 214-922-3899
*mike.newton@alston.com*
*brady.cox@alston.com*

Brianna Kadjo (CA Bar 303336)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Phone: 650-838-2000
Fax: 650-838-2001
*brianna.kadjo@alston.com*

*Counsel for Defendant Dell Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2019, I caused the forgoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

>  */s/ Michael J. Newton*
>  Michael J. Newton

DELL INC.'S FIRST AMENDED RULE 7.1 CORPORATE DISCLOSURE
CASE NO. 4:16-CV-07005-PJH                    2