MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
PAUL T. EHRLICH (Bar No. 228543)
paul.ehrlich@tensegritylawgroup.com
STEFANI C. SMITH (Bar No. 251305)
stefani.smith@tensegritylawgroup.com
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Plaintiff,*
*Polaris Innovations Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **POLARIS INNOVATIONS LIMITED,** **An Irish limited company**<br><br>          Plaintiff,<br><br>     vs.<br><br>**DELL INC., a Delaware corporation** **NVIDIA CORPORATION, a Delaware corporation**<br><br>          Defendants. | Case No. 4:16-cv-07005-PJH<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL
CASE NO.  4:16-CV-07005-PJH               1

**WHEREAS,** Plaintiff Polaris Innovations Limited ("Polaris") and Defendant NVIDIA Corporation ("NVIDIA") have settled their disputes against each other in the above-captioned matter;

**NOW, THEREFORE**, Polaris, NVIDIA, and Dell Inc. ("Dell"), through their respective counsel, hereby stipulate and respectfully request that the Court order as follows:

Polaris's claims for relief against NVIDIA and against Dell in the above-captioned action are hereby dismissed without prejudice;

NVIDIA's and Dell's counterclaims and affirmative defenses in the above-captioned action are hereby dismissed without prejudice;

Each party shall bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED** this 16th day of May, 2019.

| | |
|---|---|
| TENSEGRITY LAW GROUP LLP | FISH & RICHARDSON PC |
| By:  /s/ *Stefani C. Smith*<br>Stefani C. Smith | By:  /s/ *David M. Hoffman*<br>David M. Hoffman |
| Attorneys for Plaintiff Polaris Innovations Limited | Attorneys for Defendant NVIDIA Corp. |
| | ALSTON & BIRD LLP |
| | By:  /s/ *Brady R. Cox*<br>Brady R. Cox |
| | Attorneys for Defendant Dell Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May        , 2019

_____
Hon. Phyllis J. Hamilton